<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ,<br><br>                    Petitioner,<br><br>          v.<br><br>3H SERVICE SYSTEM, INC.,<br><br>                    Respondent. | No. 20-1951 (SDW)(LDW)<br><br><br>**ORDER**<br><br><br><br>June 29, 2020 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on June 5, 2020, by Magistrate Judge Leda D. Wettre ("Judge Wettre"), (D.E. 13), recommending that Petitioner Service Employees International Union, Local 32BJ's motions for Attorneys' Fees and Costs, (D.E. 7, 9), be granted.  This Court has reviewed the reasons set forth by Judge Wettre in the R&R and notes that no objections were filed.  Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre, (D.E. 13), is **ADOPTED** as the conclusions of law of this Court and Petitioner's Motions for Attorneys' Fees and Costs (D.E. 7, 9) shall be **GRANTED**.

**SO ORDERED**.

                                                                                    ___/s/ Susan D. Wigenton_____
                                                                                    **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
         Leda D. Wettre, U.S.M.J.